# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

J.W. BAKER and LINDA L. BAKER                                                           PLAINTIFFS

v.                                            No. 3:03CV00403 JLH

UNITED STATES OF AMERICA                                                                 DEFENDANT

## **JUDGMENT**

Judgment is hereby entered in the amount of $2,425,774 in favor of Jerry Baker and $250,000 in favor of Linda Baker plus post-judgment interest at the rate of 4.36% per annum from the date of this judgment forward.

IT IS SO ORDERED this  23rd  day of November, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE