**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

J.W. BAKER and LINDA L. BAKER                                                                 PLAINTIFFS

v.                                          No. 3:03CV00403 JLH

UNITED STATES OF AMERICA                                                                      DEFENDANT

**AMENDMENT TO**
**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

On page 22 of the Findings of Fact and Conclusions of Law, the Court found that Jerry Baker was entitled to recover $5,028.39 in past medical expenses.  However, that sum was not included on the summary of damages awarded on the last page of the Findings of Fact and Conclusions of Law.  The summary is therefore amended as follows:

| | |
|---|---|
| Present value of life care plan | $1,041,294.00 |
| Past medical expenses | $     5,028.39 |
| Physical pain and suffering, mental or emotional pain and suffering, loss of enjoyment of life | $1,000,000.00 |
| Services provided by Linda Baker and others to Jerry Baker from date of discharge to present | $  384,480.00 |
| Linda Baker's loss of companionship, acts of love and affection | $  250,000.00 |

Judgment will be entered in the amount of $2,430,802.39 in favor of Jerry Baker and $250,000.00 in favor of Linda Baker.

IT IS SO ORDERED this   28th   day of November, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE