IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

J.W. BAKER and LINDA L. BAKER                                             PLAINTIFFS

v.                                      No. 3:03CV00403 JLH

UNITED STATES OF AMERICA                                                  DEFENDANT

## AMENDED JUDGMENT

Judgment is hereby entered in the amount of $2,430,802.39 in favor of Jerry Baker and $250,000.00 in favor of Linda Baker plus post-judgment interest at the rate of 4.36% per annum from the date of this judgment forward.

IT IS SO ORDERED this  28th  day of November, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE