IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

J.W. BAKER and LINDA L. BAKER                                                    PLAINTIFFS

v.                                    No. 3:03CV00403 JLH

UNITED STATES OF AMERICA                                                          DEFENDANT

### SECOND AMENDED JUDGMENT

Judgment is hereby entered in the amount of $2,430,802.39 in favor of Jerry Baker and $250,000.00 in favor of Linda Baker plus interest to the extent authorized by 31 U.S.C. § 1304.

IT IS SO ORDERED this 9th day of December, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE